

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:      01-12-01046-CR

Style:      Mark Anthony Castillo

     **v** The State of Texas

Date motion filed[*]:      November 25, 2013

Type of motion:      Motion to compel counsel to provide appellant with copy of transcript

Party filing motion:      Appellant

Document to be filed:

If motion to extend time:

     Original due date:

     Number of extensions granted:      Current Due date:

     Date Requested:

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐      No further extensions of time will be granted

☐      Denied

☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐      Other: _____

**Appellant moves the Court to compel counsel to provide him with a written copy of the record in this case. A copy of the record has previously been sent to appellant, and appellant has now filed an Anders response. Accordingly, the motion is dismissed as moot.**

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
     ☒ Acting individually      ☐ Acting for the Court
Panel consists of _____

Date: January 17, 2014

November 7, 2008 Revision